UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20901-CIV-ALTONAGA/Goodman

**LAVERNE DOREST**; *et al.*,

    Plaintiffs,
v.

**NCL (BAHAMAS) LTD**.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, NCL (Bahamas) LTD.'s Motion to Dismiss [ECF No. 17], filed April 1, 2020, which Plaintiffs have opposed [ECF No. 19]. Defendant contends (1) Plaintiffs' shotgun pleading alleges conflicting and incorrect standards of care; and (2) Plaintiffs are not entitled to allege punitive damages for their negligence-based claims. (*See generally* Mot.). The Court disagrees for the reasons Plaintiffs have articulated in their persuasive Opposition. (*See* Opp'n 3–10). Tellingly, Defendant did not file a reply to refute Plaintiffs' position.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant, NCL (Bahamas) LTD.'s Motion to Dismiss **[ECF No. 17]** is **DENIED**. The hearing scheduled for **April 24, 2020** is cancelled. Defendant has until and including **May 5, 2020** to file an answer to Plaintiffs' Complaint **[ECF No. 1].**

CASE NO. 20-20901-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 23rd day of April, 2020.

```
_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE
```

cc:     counsel of record